# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Ortega-Garcia, Jovani | Docket No. | 0980 4:19CR06069-EFS-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jovani Ortega-Garcia, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 12th day of December 2019, under the following conditions:

**Release Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Special Condition #5:** Defendant shall abstain totally from the use of alcohol.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
     (If short insert here; if lengthy write on separate sheet and attach.)

On December 16, 2019, a United States Probation Officer reviewed the conditions of pretrial release supervision with Mr. Ortega-Garcia, to include release condition number 1 and special condition number 5, as noted above.

**Violation #1:** Jovani Ortega-Garcia is considered to be in violation of his pretrial release conditions by failing to obey all laws by committing the crime of theft-domestic violence (DV), on or about March 11, 2023.

On April 10, 2023, the U.S. Pretrial Services and Probation Office learned Mr. Ortega-Garcia had been issued a criminal citation previously on March 11, 2023, for theft-DV.

According to the Pasco Police Department (PPD) Arrest Details Report for case number 2023-00012325: On March 11, 2023, PPD officers were dispatched to a domestic call in progress at Kahlua's Bar located at 1901 North 4th Avenue in Pasco, Washington. Mr. Ortega-Garcia and his girlfriend, Alejandra Cerda-Meza, had both been drinking alcohol and they had been arguing over the defendant refusing to give Ms. Cerda-Meza's vehicle keys to her. The defendant claimed he refused to give the vehicle keys to Ms. Cerda-Meza because he did not want her to drive as she was intoxicated. Mr. Ortega-Garcia refused to return the vehicle keys even after a sober driver arrived to the location to give Ms. Cerda-Meza a ride home. Ms. Cerda-Meza continued to demand Mr. Ortega-Garcia return the vehicle keys back to her and this argument went on for about 20 minutes. At some point during this incident, Mr. Ortega-Garcia drove the vehicle across the street and parked the vehicle at a park. While the defendant was seated on the driver's seat, Ms. Cerda-Meza reached into the vehicle, leaned in, and bit the defendant in the arm and dug her fingernails into his skin, causing his arm to bleed. Mr. Ortega-Garcia drove away and Ms. Cerda-Meza hung onto the vehicle, causing her to fall to the ground. Mr. Ortega-Garcia told PPD officers he did not know where the vehicle key was and denied having the key on his person. A PPD officer completed a pat search of the defendant and the key was not found. Mr. Ortega-Garcia was criminally cited for theft-DV for the vehicle key, Pasco Municipal case number 3A0023770. This state matter is pending.

**Violation #2:** Jovani Ortega-Garcia is considered to be in violation of his pretrial release conditions by failing to report within 1 business day of any charge, arrest, or contact with law enforcement as required on or about March 13, 2023.

Mr. Ortega-Garcia had law enforcement contact and was criminally cited and released for theft-DV on or about March 11, 2023, as noted above. Mr. Ortega-Garcia failed to report this law enforcement contact and the new criminal charge within 1 business day, on or about March 13, 2023, and has yet to advise probation of this contact.

**Violation #3:** Jovani Ortega-Garcia is considered to be in violation of his pretrial release conditions by failing to abstain from the use of alcohol on or about March 11, 2023.

As noted above, Mr. Ortega-Garcia told the responding PPD officers that he had been drinking alcohol and he was at Kahlua's Bar located in Pasco, Washington.

**Violation #4:** Jovani Ortega-Garcia is considered to be in violation of his pretrial release conditions by failing to obey all laws by committing the crime of driving under the influence (DUI), on or about April 9, 2023.

According to the offense summary in the Washington State Judicial Access Browser System (JABS), on April 9, 2023, at approximately 2:11 a.m., a Franklin County Sheriff's Office (FCSO) deputy stopped Mr. Ortega-Garcia's vehicle for a possible DUI. Mr. Ortega-Garcia completed a standardized field sobriety test, which he displayed some of the cues. Mr. Ortega-Garcia was transported to the Franklin County Jail to complete a blood alcohol content (BAC). The first sample had an infrared spectroscopy (IR) result of .145 and an electro-chemical (EC) result of .153. The second sample had an IR result of .149 and an EC result of .152. Mr. Ortega-Garcia was arrested and booked into the Franklin County Jail for DUI, Franklin County District Court case number 3A0300902. This matter is pending.

**Violation # 5:** Jovani Ortega-Garcia is considered to be in violation of his pretrial release conditions by failing to obey all laws by committing the crime of driving while license suspended or revoked third degree (DWLS), on or about April 9, 2023.

During the traffic stop on April 9, 2023 for the DUI as noted above, a FCSO deputy completed a records check for Mr. Ortega-Garcia which revealed he was driving while license suspended 3rd degree, Franklin County District Court case number 3A0300902. This matter is pending.

**Violation #6:** Jovani Ortega-Garcia is considered to be in violation of his pretrial release conditions by failing to obey all laws by committing the crime of operating a vehicle without ignition interlock, on or about April 9, 2023.

During the traffic stop on April 9, 2023, as noted above, a FCSO deputy completed a records check for Mr. Ortega-Garcia, which showed the defendant had a prior DUI and he did not have an ignition interlock device in the vehicle as required, Franklin County District Court case number 3A0300902. This matter is pending.

**Violation #7:** Jovani Ortega-Garcia is considered to be in violation of his pretrial release conditions by failing to abstain from the use of alcohol on or about April 9, 2023.

On April 9, 2023, as noted above, Mr. Ortega-Garcia was arrested and booked for a DUI after he provided BAC samples for alcohol. The first sample had an IR result of .145 and an EC result of .153. The second sample had an IR result of .149 and an EC result of .152.

**Violation #8:** Jovani Ortega-Garcia is considered to be in violation of his pretrial release conditions by failing to report within 1 business day of any charge, arrest, or contact with law enforcement as required on or about April 10, 2023.

As noted above, Mr. Ortega-Garcia was arrested and booked into the Franklin County Jail on April 9, 2023, for DUI, DWLS 3rd Degree, and an ignition interlock violation. Mr. Ortega-Garcia was released from custody on April 10, 2023, at approximately 12:30 p.m. Mr. Ortega-Garcia reported by telephone for his weekly telephonic check-in and left a voice message on April 10, 2023, at around 10:56 p.m., and did not report this arrest or new pending charges.

Re: Ortega-Garcia, Jovani
April 11, 2023
Page 3

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 11, 2023

by  s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

April 11, 2023

Date