Case 4:19-cr-06069-EFS    ECF No. 567    filed 01/31/24    PageID.2386    Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 31, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America ) <br> v. ) <br> JOVANI ORTEGA-GARCIA ) <br> ) <br> Date of Original Judgment: 05/23/2023 ) <br> Date of Previous Amended Judgment: ) <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 4:19-cr-6069-EFS-2 <br> USM No: 21587-085 <br><br> Andrea George <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **50** months **is reduced to** **45 months**.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **05/23/2023** shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/31/2024

*Judge's signature* (Edward F. Shea)

Effective Date: 02/01/2024
*(if different from order date)*

Edward F. Shea, U.S. District Court Judge
*Printed name and title*